


**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN THE MATTER OF THE EXTRADITION OF**<br><br>**SAMUEL PADILLA GARCIA,**<br><br>**A Fugitive from the Government of Mexico** | **No. CV 15-01648-SJO-AFM**<br><br>**CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT** |

The Court has received the Request for Extradition filed on August 14, 2015, by Daniel Ackerman, Assistant United States Attorney for the Central District of California, for and on behalf of the Government of Mexico, for the extradition of Samuel Padilla Garcia. The Court has also received a Stipulation Regarding Consent to Extradition ("Stipulation"), executed on September 28, 2015 by Samuel Padilla Garcia and counsel for Mr. Garcia. The Court, having reviewed the Stipulation Regarding Consent to Extradition, conducted an uncontested extradition hearing on October 1, 2015. The Court concludes that all requirements for the extradition of Samuel Padilla Garcia to the Government of Mexico to face the charges set forth in the United States' Complaint have been met by the United States.

The Court finds and certifies to the Secretary of State as follows:

1. A copy of the Stipulation Regarding Consent to Extradition is attached as an exhibit to this certificate and order. In the Stipulation, Samuel Padilla Garcia agreed all of the required elements of extradition had been met. The Court accepts the Stipulation and concludes that the Stipulation was executed knowingly and voluntarily by Samuel Padilla Garcia.

2. Samuel Padilla Garcia is charged in the State of Baja California with Aggravated Homicide, in violation of Articles 126, 147, 148, section II, 149, in relation to article 14, section I, and article 16, section I of the Penal Code of the State of Baja California, Mexico, for which an arrest warrant was issued on July 1, 2013, by Judicial District of Mexicali, Baja California, as part of criminal case number 01091/2013.

3. As set out in the Stipulation Regarding Consent to Extradition, all the requirements for extradition of Samuel Padilla Garcia are met, specifically:

a. The undersigned judicial officer, United States Magistrate Alexander F. MacKinnon, and the court on which that judicial officer sits have jurisdiction to conduct extradition proceedings.

b. The undersigned judicial officer, United States Magistrate Judge Alexander F. MacKinnon, and the court on which that judicial officer sits, have jurisdiction over Samuel Padilla Garcia.

c. An extradition treaty is in force between the United States of America and the Government of Mexico ("the Extradition Treaty").

d. Samuel Padilla Garcia is sought for offenses for which the Extradition Treaty permits extradition.

e. Samuel Padilla Garcia is the individual who has been charged in Mexico, and there is probable cause to believe him guilty of the charged offense.

f. Samuel Padilla Garcia agrees to these simplified extradition procedures pursuant to Article 18 of the Extradition Treaty.

4. There are no facts that bar Samuel Padilla Garcia's extradition under the Extradition Treaty.

Based on the foregoing findings; the Stipulation Regarding Consent to Extradition, which is incorporated herein by reference; and the United States' Request for Extradition:

THE COURT HEREBY CERTIFIES that it has found Samuel Padilla Garcia extraditable to the Government of Mexico for the offense for which extradition was requested and certifies this finding to the Secretary of State as required under Title 18 United States Code Section 3184.

IT IS ORDERED that the Clerk of the Court forthwith deliver to the Assistant United States Attorney a certified copy of this Certificate of Extraditability and Order of Commitment and forward without delay copies of the same to the Secretary of State (to the attention of the Office of the Legal Advisor) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice in Washington, D.C., for the issuance of a surrender warrant or such other action as the Secretary of State deems appropriate.

IT IS FURTHER ORDERED that Samuel Padilla Garcia be committed to and remain in the custody of the United States Marshals Service pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Samuel Padilla Garcia (together with any evidence seized incidental to his arrest) will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshals Service and the duly authorized representatives of the Government of Mexico, to be transported to Mexico.

IT IS SO FOUND AND ORDERED.

10/1/2015
DATE

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

